January 24, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

GERALD BYRON BARRAS, Appellant

NO. 14-11-00954-CV                          v.

LESLEA LORING BARRAS, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Leslea Loring Barras, signed August 30, 2011, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Gerald Byron Barras, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.